**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. :   1:15-cv-02272-LTB-KLM

DANIEL IRIGOYEN-MORALES
On his own behalf and
on behalf of all others similarly situated,

      Plaintiff,

v.

CONCREATIONS OF COLORADO, INC., and
EDDIE P. ROMERO,

      Defendants.

_____

# If you are a current or former employee of Concreations of Colorado, Inc. a collective action lawsuit may affect you.

*A court authorized this notice.  This is not a solicitation from a lawyer.*

- A former employee of Concreations of Colorado has sued alleging that Concreations of Colorado did not pay him for extra for overtime hours at the required rate of one and one-half times his regular rate of pay.  The Court has allowed the lawsuit to be a collective action on behalf of other current and former employees of Concreations of Colorado.

- The Court has not decided whether Concreations of Colorado did anything wrong.  There is no money available now, and no guarantee there will be.  However, your legal rights may be affected by your response to this notice.

Ex. 3

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT

| | |
|---|---|
| **DO NOTHING** | **Do not join the lawsuit**<br><br>If you do nothing and money or benefits later are awarded, you will not be entitled to any portion of the award. However, you retain the ability to sue Concreations of Colorado separately over the same or related claims as asserted by the Plaintiff in this action, to the extent permitted by law. |
| **ASK TO BE INCLUDED** | **Join in the lawsuit**<br><br>By signing and returning the attached Opt-in Consent Form, you join the collective action as a party to this lawsuit and may receive any money or benefits that could result from a settlement or a trial. |

## BASIC INFORMATION

**1.     Why did I get this notice?**

Concreations of Colorado's records show that you are a current or former employee. This notice explains that you are permitted to join in this lawsuit as a Plaintiff. A trial will be held to determine whether the claims being asserted against Concreations of Colorado are valid and, if so, how much money Plaintiffs are owed. Senior Judge Lewis T. Babcock of the United States District Court for the District of Colorado is overseeing this collective action.

**2.     What is this lawsuit about?**

This lawsuit is about whether Concreations of Colorado paid its employees extra for overtime hours, or whether it improperly paid them for overtime hours at their regular rate of pay they received for all hours worked.  Concreations of Colorado denies that it did anything wrong.

**3.     Has the Court decided who is right?**

No. The Court has not decided whether Plaintiff or Defendants are correct.  By issuing this Notice, the Court is not suggesting that the Plaintiff will either win or lose this lawsuit.

**4.     What is a collective action?**

In a collective action lawsuit, one or more people called "Class Representatives" or "Named Plaintiffs" (in this case, former Concreations of Colorado employee Daniel Irigoyen-Morales) sue on behalf of other people who have similar claims.  The people together are a "Class" or "Class Members".  The employee who sued – and all the Class Members like him – are called the Plaintiffs.  The company they sued (in this case Concreations of Colorado, Inc. and its owner) are called the Defendants.  One court resolves the issues for everyone who chooses to join the collective action.

**5.     Why is this lawsuit a collective action?**

The law permits this kind of lawsuit to be filed as a "collective action", which permits one or more plaintiffs to start a lawsuit and for other "similarly situated" plaintiffs to join the lawsuit to pursue their claims together.  The Court has ordered notice of this lawsuit be sent to you as someone who may be similarly situated to Daniel Irigoyen-Morales so that you can decide whether or not to join the lawsuit.

**6.     How much money are the Plaintiffs asking for?**

The Plaintiff generally is asking Concreations of Colorado to pay each current and former employee the overtime increase for all overtime hours they worked in the three years before this lawsuit. Overtime hours are hours over forty (40) in a work week. Workers must be paid a 50% raise when they work those hours. For example, if a worker is paid $8.00 per hour, that worker must be paid $12.00 for hours over forty in a workweek. In addition, the Plaintiff is asking the Court to double any amount owed to each employee.

**7.     Is there any money available now?**

No money or benefits are available now because the Court has not yet decided whether Defendants did anything wrong, and the two sides have not settled the case. There is no guarantee that money or benefits ever will be obtained.

**8.     How and when will the Court decide who is right?**

As long as the case isn't resolved by a settlement or otherwise, the Court will hold a trial. During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about who is right.

## WHO IS IN THE CLASS

**9.     Am I part of this collective action?**

No, you are not currently part of this lawsuit. The Court ordered that this Notice be provided to all current and former employees who worked at Concreations of Colorado from October 13, 2012 to present informing you of your right to join the Plaintiffs in this lawsuit if you desire.

10.     **Which current and former employees are included?**

If you were employed by Concreations of Colorado between October 13, 2012 and the present and you were not paid increased wages for overtime hours, you are eligible to participate in this lawsuit.

## **YOUR RIGHTS AND OPTIONS**

**You have to decide whether to join the collective action and you have to decide this now.**

11.    **How do I ask the Court to include me in the collective action?**

To ask to be included in this collective action, you must send a completed Opt-In Consent Form like the one attached to:

>   Andrew H. Turner
>   Buescher, Kelman, Perera & Turner, P.C.
>   600 Grant Street – Suite 450
>   Denver, CO  80203

The form can also be emailed to aturner@laborlawdenver.com or faxed to 303-333-7758.  This form must be returned by **[DATE NINETY DAYS AFTER CERTIFICATE OF MAILING IS FILED]**.

12.    **What if I am an undocumented worker or I still work for Concreations of Colorado?**

Your immigration status is irrelevant and it is illegal for Concreations of Colorado to retaliate against you for participating in this lawsuit to recover any money you are owed.

13.    **Do I have a lawyer in this case?**

The law offices of Buescher, Kelman, Perera & Turner, P.C. represent the Plaintiff in this lawsuit and will represent any other Concreations of Colorado employees who choose to join this lawsuit.  You do not need to hire your own lawyer if you join the lawsuit because the law offices of Buescher, Kelman, Perera & Turner, P.C. will represent you.

**14.     How will the lawyers be paid?**

If the lawyers get money for the Class, they may ask the Court for fees/expenses.  You won't have to pay these fees/expenses.  If the Court grants the request, the fees/expenses would be either deducted from any money obtained for the Class and/or paid separately by Concreations of Colorado.

## GETTING MORE INFORMATION

**15.     Are more details available?**

If you have any questions, you may contact the attorneys for the Plaintiffs.

>   Andrew Turner
>   Buescher, Kelman, Perera & Turner, P.C.
>   600 Grant Street – Suite 450
>   Denver, CO  80203
>   Tel: (303)-333-7751
>   Fax:  (303)-333-7758
>   Email: aturner@laborlawdenver.com

For additional information about the lawyers representing the Plaintiffs, please see www.laborlawdenver.com.

>   s/ Lewis T. Babcock
>   The Honorable Lewis T. Babcock
>   The United States District Court for the District of Colorado
>   DATED:       **[DATE OF ORDER]**

# OPT-IN CONSENT FORM

**RETURN TO:**     **Andrew H. Turner**
**Buescher, Kelman, Perera & Turner, P.C.**
**600 Grant Street – Suite 450**
**Denver, CO  80238**

**FAX:  303-333-7758**
**E-Mail:  aturner@laborlawdenver.com**

**Name (Please Print):**

**Address:**

**Telephone:**

**E-Mail Address (if you have one):**

1. I am or was employed by Concreations of Colorado at some point between October 13, 2012 and the present.

2. I consent and agree to pursue any claims I may have arising out of Concreations of Colorado's alleged violations of the Fair Labor Standards Act in this lawsuit. These violations are related to Concreations of Colorado's failure to pay overtime.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938.  I hereby consent and opt-in to become a Plaintiff herein.

_____
Signature

## Translator's Affidavit

I certify that I am fluent in Spanish and English. I certify that I have reviewed the attached document and that the Spanish is a true and accurate translation of the English.

_____
Translator: Irene Vasquez

STATE OF COLORADO     )
                     ) ss.
COUNTY OF DENVER     )

Subscribed and sworn to me this 26th day of October, 2015 by Irene Vasquez.

_____
Notary Public

Witness my hand and official seal

[SEAL] ANTOINETTE VEGA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034021686
MY COMMISSION EXPIRES JULY 17, 2019

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. :     1:15-cv-02272-LTB-KLM

DANIEL IRIGOYEN-MORALES
on his own behalf and
on behalf of all others similarly situated,

    Plaintiff,

v.

CONCREATIONS OF COLORADO, INC., and
EDDIE P. ROMERO,

    Defendants.

---

## Si usted es un empleado actual o anterior de Concreations of Colorado, una demanda de acción colectiva puede afectar a usted.

*Un Tribunal autorizo esta notificacion. Esto no es una solicitud de un abogado.*

- Un ex empleados de Concreations of Colorado, Inc. ha demandado alegando que Concreations of Colorado no le pagaba extra por las horas a la tasa requerida de una y media veces su tasa regular de pago. La Corte ha permitido que la demanda sea una acción colectiva en nombre de otros empleados y ex empleados de Concreations of Colorado.

- El Tribunal no ha decidido si Concreations of Colorado hizo nada malo. No hay dinero disponible ahora, y no hay garantía de que habrá. Sin embargo, sus derechos legales pueden verse afectadas por su respuesta a este aviso.

## **SUS DERECHOS Y OPCIONES EN ESTA DEMANDA LEGAL**

| | |
|---|---|
| **NO HACER NADA** | **Si no se une a la demanda**<br><br>Si no hace nada y el dinero o beneficios más adelante se conceden, no tendrá derecho a ninguna parte de la concesión. Sin embargo, se conserva la posibilidad de demandar a Concreations of Colorado separado durante el mismo o relacionados con reclamos como afirma el demandante en esta acción, en la medida permitida por la ley. |
| **SOLICITAR SU INCLUSION** | **Si se une a la demanda**<br><br>Al firmar y devolver el Opt-in formulario de consentimiento adjunta, se une a la acción colectiva como parte en esta demanda y puede recibir algun dinero o beneficios que podrían resultar de un acuerdo o un juicio. |

## **INFORMACION BASICA**

**1.    Por que recibi este aviso?**

Los registros de Concreations of Colorado muestran que usted es un empleado actual o anterior. Este aviso explica que está autorizado a participar en este juicio como demandante. Un ensayo se llevará a cabo para determinar si los reclamos que se formulaban contra Concreations of Colorado son válidos y, si es así, cuánto dinero el demandante se les debe. El Juez Mayor Lewis T. Babcock de la Corte Federal de Distrito para el Distrito de Colorado, está supervisando esta acción colectiva.

**2.     De lo que se trata esta demanda?**

Esta demanda es sobre si Concreations of Colorado pagó a sus empleados adicional por horas extras, o si se les pagó indebidamente por las horas extras a su tasa regular de pago que recibieron por todas las horas trabajadas. Concreations of Colorado niega haber hecho nada malo.

**3.     Ha decidido el Tribunal quien tiene la razon?**

No. La Corte no ha decidido si los Demandantes o el Demandado tienen razon. Al emitir esta notificación, la Corte no está sugiriendo que los Demandantes ya ganaran o perdieran este pleito.

**4.     Que es una accion colectiva?**

En una demanda colectiva, una o más personas llamadas "Representantes de la Clase" o "Demandantes Nombrados" (en este caso, el ex empleado de Concreations of Colorado Daniel Irigoyen-Morales) demandan en nombre de otras personas que tienen reclamos similares. Las personas juntas son una "Clase" o "Miembros de la Clase". El empleado que presentó la demanda - y todos los Miembros de la Clase como él - se llaman los Demandantes. La compañía a la que demandaron (en este caso Concreations of Colorado y su dueño) son llamados los Demandados. Un tribunal resuelve las cuestiones para todos los que deciden unirse a la acción colectiva.

**5.     Por que este juicio es una accion colectiva?**

La ley permite que este tipo de demanda sea presentada como una "acción colectiva", lo que permite que uno o más demandantes inician una demanda y para otros "demandantes en situación similar " a unirse a la demanda para hacer valer sus derechos juntos. La Corte ha ordenado que la notificación de esta demanda será enviada a usted como alguien que puede estar situado de manera similar a Daniel Irigoyen-Morales para que puedas decidir si unirse o no a la demanda.

**6.     Cuanto dinero pide el demandante?**

El Demandante generalmente piden que Concreations of Colorado paga a cada empleado actual y anterior el aumento de horas extras por todas las horas extras que

trabajaron en los tres años antes de este demanda. Las horas extraordinarias son las horas de más de cuarenta (40) en una semana de trabajo. Los trabajadores deben ser pagados un aumento de sueldo del 50% cuando trabajan esas horas. Por ejemplo, si un trabajador se le paga $ 8.00 por hora, ese trabajador se debe pagar $ 12.00 para cada hora más de cuarenta horas en una semana laboral. Además, el demandante solicita que al Tribunal de duplicar cualquier cantidad adeudada a cada empleado.

**7.     Hay dinero disponible ahora?**

No hay dinero ni beneficios disponibles ahora porque el Tribunal ya no ha decidido si los acusados hicieron nada malo, y las dos partes no han resuelto el caso. No hay garantía de que el dinero o los beneficios se obtendrán nunca.

**8.     Como y cuando decidira el Tribunal quien tiene la razon?**

Mientras que el caso no se resuelva mediante un acuerdo o de otra manera, el Tribunal llevará a cabo un juicio. Durante el juicio, un jurado o el juez escuchará toda la evidencia para ayudar a llegar a una decisión acerca de quién tiene la razón.

**QUIEN ESTA EN ESTA CLASE**

**9.     Soy parte de esta accion colectiva?**

No, usted no es actualmente parte de esta demanda. El Tribunal ordenó que se proporcione este aviso a todos los empleados y ex empleados que trabajaron en Concreations of Colorado del 13 de octubre de 2012 al presente para informarle de su derecho a unirse a los demandantes en este juicio si lo desea.

**10.    Que empleados y ex empleados estan incluidos?**

Si usted estuvo empleado por Concreations of Colorado entre el 13 de octubre de 2012 y el presente y no le pagaron el aumento de salarios para las horas extraordinarias, usted es elegible para participar en esta demanda.

## **SUS DERECHOS Y OBCIONES**

**Usted tendrá que decidir si unirse a la acción colectiva y tiene que decidir esto ahora.**

11.     **Cómo le pido a la Corte que me incluya en la acción colectiva?**

Para poder ser incluido en esta accion colectiva, debera enviar la forma completo de Opt-In a la direccion:

>     Andrew H. Turner
>     Buescher, Kelman, Perera & Turner, P.C.
>     600 Grant Street – Suite 450
>     Denver, CO  80203

Tambien puede ser enviada al correo electrinico aturner@laborlawdenver.com or enviada por fax al: 303-333-7758.  Esta hoja tiene que ser devolvido antes **[DATE NINETY DAYS AFTER CERTIFICATE OF MAILING IS FILED]**.

12.     **Que pasa si soy un trabajador indocumentado o sigo trabajando para Concreations of Colorado?**

Su estatus migratorio no es relevante y es ilegal para Concreations of Colorado tomar represalias en su contra por participar en esta demanda para recuperar el dinero que le deben.

13.     **Tengo un abogado en este caso?**

Las oficinas legales de Buescher, Kelman, Perera y Turner, P.C. representen al demandante en esta demanda y representarán a cualquier otro empleado de Concreations of Colorado que optan por unirse a esta demanda. Usted no necesita contratar a su propio abogado si se une a la demanda debido a la oficina legal de Buescher, Kelman, Perera y Turner, P.C. representarán a usted.

14. **Como se les pagara a los abogados?**

Si los abogados consiguen dinero para la clase, pueden solicitar al Tribunal honorarios / gastos. Usted no tendrá que pagar estos honorarios / gastos. Si el Tribunal concede la solicitud, los honorarios / gastos se deducirían ya sea de dinero obtenido para la Clase y / o pagado por separado por Concreations of Colorado.

## COMO OBTENER MAS INFORMACION

15. **Hay mas detalles disponibles?**

Si usted tiene mas preguntas, puede contactar a los abogados del demandante.

> Andrew Turner
> Buescher, Kelman, Perera y Turner, P.C.
> 600 Grant Street – Suite 450
> Denver, CO  80203
> Tel: (303)-333-7751
> Fax:  (303)-333-7758
> Email: aturner@laborlawdenver.com

Para obtener información adicional acerca de los abogados que representan a los demandantes, por favor consulte www.laborlawdenver.com.

 s/ Lewis T. Babcock
The Honorable Lewis T. Babcock
The United States District Court for the District of Colorado
DATED:       **[DATE OF ORDER]**

# OPT-IN CONSENT FORM

**REGRESAR A:**      **Andrew H. Turner**
**Buescher, Kelman, Perera & Turner, P.C.**
**600 Grant Street – Suite 450**
**Denver, CO  80238**

**FAX:  303-333-7758**
**E-Mail:  aturner@laborlawdenver.com**

**Nombre (en letra de molde):**

**Direccion:**

**Telefono:**

**Cuenta de correo electronico (si usted tiene una):**

1. Yo soy o era empleado de Concreations of Colorado en algun momento entre el 13 de Octubre del 2012 y el presente.

2. Doy mi consentimiento y estoy de acuerdo para perseguir cualquier reclamo que pueda tener derivados de presuntas violaciones de Concreations of Colorado de la Ley de Normas Laborales Justas en esta demanda. Estas violaciones estan relacionadas con la falta de Concreations of Colorado de pagar horas extras.

3. Entiendo que esta demanda se pone bajo la Ley de Normas Laborales Justas de 1938. Por este medido, doy mi consentimiento y opto convertirme en un demandante.

_____
Firma