**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. :      1:15-cv-02272-LTB-KLM

DANIEL IRIGOYEN-MORALES,

    Plaintiff,

v.

CONCREATIONS OF COLORADO, INC., and
EDDIE P. ROMERO,

    Defendants.

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**
_____

    Defendants Concreations of Colorado, Inc. and Eddie P. Romero, by their counsel and Plaintiff Daniel Irigoyen-Morales, by his counsel hereby submit this Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties have agreed to settle this matter.  D.C. COLO.LCivR 40.2(b).  Each party will bear its own attorneys' fees and costs, except as may otherwise be agreed by the parties.

Respectfully Submitted,

| | |
|---|---|
| */s/ Andrew H. Turner*_____ | */s/ Bruce Anderson*_____ |
| Andrew H. Turner | Bruce Anderson |
| BUSECHER, KELMAN, PERERA & TURNER, P.C. | FISHER PHILLIPS |
| 600 Grant Street – Suite 450 | 1801 California Street, Suite 2700 |
| Denver, CO  80203 | Denver, CO  80202 |
| aturner@laborlawdenver.com | banderson@fisherphillips.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on Defendants by electronically filing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the following counsel for all Defendants *via* e-mail:

>Bruce Anderson
>Fisher & Phillips, LLP-Denver
>1801 California Street
>Suite 2700
>Denver, CO 80202-3025
>303-218-3650
>303-218-3651 (fax)
>banderson@laborlawyers.com

This 11th day of January, 2017.

>*/s/ Andrew H. Turner*
>Counsel for Plaintiff