IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 15-cv-02272-LTB-KLM

DANIEL IRIGOYEN-MORALES, on his own behalf and on behalf of all others similarly situated,

    Plaintiff,

v.

CONCREATIONS OF COLORADO, INC.; and
EDDIE ROMERO,

    Defendants.
_____

**ORDER**
_____

    THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) (Doc 38 - filed January 11, 2017), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees.

    BY THE COURT:

      s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:   January 12, 2017